UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT JACKSON #20070004241

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DEBRA JONES
W. HAMPTON
I MANNING
ROGER E WALKER
JESSE MONTGOMERY
ASST. WARDEN STATEVILLE

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 07-3180
(To be supplied by the Clerk of this Court)

FILED
JUL - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHECK ONE ONLY:

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  **Plaintiff(s):**

   A. Name: ROBERT JACKSON

   B. List all aliases: NONE

   C. Prisoner identification number: #2007000 4241

   D. Place of present confinement: Cook County Jail

   E. Address: 2800 South Calif Ave, P.O. Box #089002, Chicago, Il 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Debra Jones
      Title: Social worker for Divison #2 Dorm #1
      Place of Employment: Cook County Jail, Social Service, Dept

   B. Defendant: W. Hampton Parole Agent and I Manning
      Title: Parole Agents for Cook County, Chicago, Il
      Place of Employment: Back Yards Area District

   C. Defendant: ROGER E WALKER
      Title: Director of Illinois Dept of Corrections
      Place of Employment: Illinois Dept of Corrections, Springfield

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint? A written Request

YES ( )   NO (X)   The Parole Agents   Form Grievance

C.   If your answer is **YES**: does not have a grievance Procedure.

1.   What steps did you take? Outside of Institution Matter

2.   What was the result? Outside of Institution Matter

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
Outside of Institution Matter

D.   If your answer is **NO**, explain why not: Outside of the Institution Matter

3

E. Is the grievance procedure now completed?  YES ( )  NO (X)

F. If there is no grievance procedure in the institution, did you complain to authorities?
YES (X)  NO ( )

G. If your answer is **YES**:

1. What steps did you take? To Socialworkers at Cook County Jail

2. What was the result? On 5-28-07, and 6/5/07, A Response was made but there was a Conspiracy and plot by Socialworker Jackson and Jones to not let me have Information to see what would happen at court on June 12, and May 22, 07

H. If your answer is **NO**, explain why not:

4

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

   A. Name of case and docket number: __None__

   B. Approximate date of filing lawsuit: __None__

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __None__

   D. List all defendants: __None__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __None__

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: __None__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __None__

   I. Approximate date of disposition: __None__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Parole Agent I Manning and Parole Agent, W. Hampton Conspire, to if I was release from Jail on Bond, to be at the door, to pick me up before I get to my home site to call in, to the 1-800 Number and Violate me, and take me back to North Receiving Center, at Stateville Prison and be lock in a Room cell, to be poison to death, untill also I go to, or back to Court.

Exihibit: Are Included; for past information on what was happening to me at North Receiving Center at Stateville Prison, and while I was at Cook County Jail

My Socialworker, Debra Jones of Divison #2 Dorm #1, in a Conspiracy, Plot with Parole Agents to help lockup and Kill Inmate Robert Jackson with a $500,00 dollars payment to Socialworker Ms Jones supose to be friend and fan, but for Money she was not RQ.

The Assistant Warden of Operations, the Warden Mexican, stated that he was not going to let me out on Parole anymore, (a personal View and Reason, thinking as a Mexican) saying also he was going to make sure I don't be transfer out to a Correctional Center, and I do my 2 months, 90 days, or 6 months behind the Walls so that I would be Kill there, before I am release

The Parole Agents would also say there cannot fine a place for me to stay, so I would be Violated about as many times it takes untill I do half of my sentence, and that I would only be discharged from Prison, if not Kill first

Roger E. Walker, and Jesse Montgomery is over the Assistant Warden, Mexican at Stateville Prison, North Receiving Center, and is under the Control, and Employment.

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Stop my never, to be sent to, and threw North Receiving Center at Stateville Prison, only go to the Southern Receiving Center for a New Booking, or for Violation of Parole, for Pain and Suffering $50.000.00, dollars in Damages to body and Mental Stress, Fired the Parole Agents, and Cook County Social workers Jackson of Div. #11 and Debra Jones of Division #2 Dorm #1 and her Supervior Specially

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  30  day of  June  , 20 07

Robert Jackson
(Signature of plaintiff or plaintiffs)

ROBERT JACKSON Pro Se
(Print name)

#20070004241
(I.D. Number)

P.O. Box #089002
Chicago, Il. 60608
(Address)