7/18/02

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

## IN FORMA PAUPERIS APPLICATION
## AND
## FINANCIAL AFFIDAVIT

ROBERT JACKSON #200900043241
Plaintiff
D-34
Division#2 Dorm#1

**FILED**

Debra Jones Social worker
Manning parole Agent
Roger Walker, Director II. Dept of Correction
Defendant(s)
W. Hampton parole Agent
Warden of Operations, Stateville Prison

JUL - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER  07-3180

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, ROBERT JACKSON, declare that I am the ☒plaintiff ☐petitioner ☐movant ☐(other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____ None
   Name and address of employer: _____ None

   a. If the answer is "No":
      Date of last employment: 1998  2001
      Monthly salary or wages: 1 s0.00 mo
      Name and address of last employer: Labor Ready,

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____ None
      Name and address of employer: _____ None

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount_____ Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No
Amount_____Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☒No
Amount_____Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes  ☒No
Amount_____Received by_____

e. ☐ Gifts or ☐ inheritances  ☐Yes  ☒No
Amount_____Received by_____

f. ☐Any other sources (state source:_____)  ☐Yes  ☒No
Amount_____Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?          ☐Yes     ☒No     Total amount:_____
In whose name held:_____Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?                          ☐Yes  ☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes  ☒No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
☐Yes  ☒No
Property:_____
Current value:_____
In whose name held:_____Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and
indicate how much you contribute monthly to their support. If <u>none</u>, check here ☐No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _June 19, 07_

_Robert Jackson_
Signature of Applicant

_ROBERT JACKSON_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Robert Jackson_, I.D.# _2007004241_, has the sum of $ _4_ on account to his/her credit at (name of institution) _Cook County Dept of Corrections_ I further certify that the applicant has the following securities to his/her credit: _4_ . I further certify that during the past six months the applicant's average monthly deposit was $ _21.66_ . (Add all deposits from all sources and then divide by number of months).

_6/27/07_
DATE

_CRW D. Jones_
SIGNATURE OF AUTHORIZED OFFICER

_CRW D. Jones_
(Print name)

rev. 7/18/02

-3-



Managed Services
*Managed Better*®

## **TRANSACTION REPORT**
### Print Date: 06/27/2007

Inmate Name:   JACKSON, ROBERT          Balance:      $0.04
Inmate Number: 20070004241
Inmate DOB:    4/26/1951

| Stamp | Transaction | Amount | Balance |
|-------|-------------|--------|---------|
| 06/21/2007 | ORDER DEBIT | -0.09 | 0.04 |
| 06/16/2007 | RETURN CREDIT | 0.12 | 0.13 |
| 06/14/2007 | ORDER DEBIT | -0.12 | 0.01 |
| 06/07/2007 | ORDER DEBIT | -23.08 | 0.13 |
| 06/04/2007 | RETURN CREDIT | 23.08 | 23.21 |
| 05/31/2007 | ORDER DEBIT | -1.90 | 0.13 |
| 05/23/2007 | ORDER DEBIT | -23.08 | 2.03 |
| 05/18/2007 | CREDIT | 25.00 | 25.11 |
| 05/16/2007 | ORDER DEBIT | -0.40 | 0.11 |
| 05/02/2007 | ORDER DEBIT | -2.55 | 0.51 |
| 04/25/2007 | ORDER DEBIT | -16.95 | 3.06 |
| 04/24/2007 | CREDIT | 20.00 | 20.01 |
| 04/18/2007 | ORDER DEBIT | -0.15 | 0.01 |
| 04/11/2007 | ORDER DEBIT | -0.43 | 0.16 |
| 04/04/2007 | ORDER DEBIT | -9.59 | 0.59 |
| 03/28/2007 | ORDER DEBIT | -39.82 | 10.18 |
| 03/22/2007 | CREDIT | 20.00 | 50.00 |
| 03/22/2007 | CREDIT (CANCELLED) | 20.20 | 30.00 |
| 03/22/2007 | CREDIT | 30.00 | 30.00 |
| 02/21/2007 | ORDER DEBIT | -0.06 | 0.00 |
| 02/07/2007 | ORDER DEBIT | -1.77 | 0.06 |
| 01/31/2007 | ORDER DEBIT | -23.23 | 1.83 |
| 01/24/2007 | CREDIT | 25.00 | 25.06 |
| 01/24/2007 | ORDER DEBIT | -9.94 | 0.06 |
| 01/17/2007 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved