July 18/07

Dear Clerk, Please disregard the out side of my name, they mess with my out going and in going mail also.

If any one have send any thing to be filed please remove it at once
I am sending more Exhibits soon!

Respectfully Submitted

Robert Jackson # 20070004241

Robert Jackson Pro Se
Jail No. 20070004241
Cook County Dept. of Corrections
P.O. Box # 089002
Chicago Illinois
60608

FILED
JUL 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
151 U.S. COURTHOUSE
600 EAST MONROE ST.
SPRINGFIELD, IL 62701

OFFICIAL BUSINESS

2D1-B

COURT

Robert Jackson
#20070004241
Cook County Jail
PO Box 089002
Chicago, IL 60608

Open in error



Hasler
$00.58⁰
Mailed From 62701
07/11/2007
US POSTAGE

---

Sgt Dean Open my Federal Mail before I was able to get see, received it. and shown the 2 Top papers that was sent in the U.S. Mail from a Federal Courthouse to a person the Plaintiff. I only goten Received the Complaint of 8 pages, taken was the Paper petition for leave to file and Proceed in forma Pauperis in the cause entitled Robert Jackson vs Dedra Jones with my new cause No. 07-3180

Please write me back, Thank You

I hope he or she did send any thing to be filed in my own behalf if so, I never sent any thing as of today July 19,07 so it any thing in my file it must me was considered as if today...