FILED
JUL 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To Clerk Of Court
Central District Of Illinois

July 19, 07

Sir, I have a Complaint, against this Sgt. Sheriff Deputy and is senting a Correction of a defendant <u>Debra Jones</u> that I want taken out of my Civil Suit,

Also if someone like the <u>Sgt Dean</u>, or his Conspiracy persons trys to send false Information in the mail to mess up my civil suit, to do not act on this false Information.

Please send me a Court Stamp Copy back to me of these (3) Corrections Complaints, and any and other Infor I made need to have taken place.

Respectfully Submitted

Robert Jackson Pro Se #20070004241

CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
151 U.S. COURTHOUSE
600 EAST MONROE ST.
SPRINGFIELD, IL 62701

OFFICIAL BUSINESS

2DI-B

COURT

Robert Jackson
#2007004241
Cook County Jail
PO Box 089002
Chicago, IL 60608

Open in Error

012H16205609
Mailed From 62701
07/11/2007
$00.580
US POSTAGE
Hasler

---

This is Exhibit for Sgt Dean, Signing <u>Open in Error!</u> and the taking of 2 papers that states we hereby inform you that your petition for leave to file and proceed in forma pauperis in his cause Entitled: R.J vs D.J. and to Judge who will rule on your petition, Thief of Federal COURT ORDERS of of Non in Front of the person who it is address to: R9 And the Instructions for Submitting Documents To Be filed in our court.

Robert Jackson
pro se

Robert Jackson #2007004241

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DIVISION

ROBERT JACKSON
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DEBRA JONES

Case No: 07-3180
(To be supplied by the Clerk of this Court)

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: ROBERT JACKSON

   B.  Date of Birth: _____

   C   List all aliases: _____

   D.  Prisoner identification number: #20070004241

   E.  Place of present confinement: COOK COUNTY JAIL

   F.  Address: P.O. BOX #089002, CHICAGO, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: DEBRA JONES    *DEFENDANT IS TO BE NOT INC AND DISMISSED FROM SUIT*

       Title: Socialworker Division #2 Dorm #1

       Place of Employment: COOK COUNTY JAIL, SOCIAL SERVICE DEPT

   B.  Defendant: _____

       Title: _____

       Place of Employment: _____

   C.  Defendant: _____

       Title: _____

       Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:** Dismiss One Defendant off of this 1983 Civil Suit

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendants had No Knowedge of what was going on, in fact her Supervisor came and took, plaintiff Material from her Ms Jones my Socialworker, this is my Investigation of this Matter from my Source,

My Investigation also Included, that from her statement my Supervisor is control of her paper work and she does what she is told to do, and not to do, I only work here but my Job is to help you in your social needs and nothing else.

I am satisfy with my Investigation and Concluion
Robert Jackson Pro.Se. #20070004241

4

Revised 5/2007

V.  **Relief:** Dismiss from my Civil Suit defendant Debra Jones

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Dismiss the Civil Suit Against Debra Jones

And to Charge Sgt. Dean with Opening my Federal Legal Mail, and taking the (2) two top Court Orders of stating Robert Jackson Vs Debra Jones, Case No. 073180 and the name of the Judge Charging him with Thief of Federal Material out of Federal Mail, Sued him for this!

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of JULY, 20 07

_Robert Jackson_
(Signature of plaintiff or plaintiffs)

ROBERT JACKSON
(Print name)

20070004241
(I.D. Number)

Cook County Jail, Division #2, Dorm #1
P.O. Box #089002
Chicago, IL 60608
(Address)

6

Revised 5/2007