17 of 14
1 of 14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 0 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff(s) ROBERT JACKSON )
)
v. )
) Case Number: 07-3180
)
Defendant(s) DEBRA JONES )
) Judge _____
)
)
)

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I, ROBERT JACKSON, declare that I am the (check appropriate box)
   ■ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   ■ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   ■ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; how ever, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Date: July 19, 07

Robert Jackson
Movant's Signature

P.O. BOX #089002
Street Address

Chicago, IL 60608
City/State/Zip