E-FILED
Monday, 06 August, 2007
Clerk, U.S. District Court, ILCD

AUG 0 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROBERT JACKSON
  Plaintiff

Vs

CASE NO. 07 C 3180

[redacted] DEBRA JONES
[redacted] W HAMPTON
T. MANNING
  Defendant

## COOK COUNTY EMPLOYEES STOPPING MY LEGAL MAIL FROM GOING OUT, OR FROM ME RECEIVING IT

Comes Now, The Plaintiff, Robert Jackson, and Moves for this Court, to Know the real reason why the Response to clerk Instuctions, and U.S Federal Judges Court Orders, and Request for the plaintiff to file more Complaints Forms to his 1983 Civil Rights Complaint, I have Just Notice that my Socialworker, [redacted] and her force to be maded new boyfriend, Sgt. [redacted] has cause my socialworker Jones, to Plot against me, in this Conspiracy against me to stop with the help also by a few assistant states attorney of Cook County. Please Fire theses and other cook county Mailroom, and let the Cook County Postmaster Know about this.

Page Two:

Postmaster Know about this.

Please send me a Copy of all the Court Orders, that I was supose to received in the U.S. Mail, because I have none, as of today July 24, 07

Also a Copy of my Petitions, And Court Orders

Respectfully Submitted

Robert Jackson

Disregard the outside Name on the Elv. these Conspiracyors will take my Mail.

Case Name: Jackson Vs Jones et al
Case Number: 3:07 CV-3180

## Federal Jurisdiction

Conspiracy Across State lines: Indiana to Illinois
On going, payment to poison, downgrade, Slander and Libel, Plaintiffs County Assistant States Attorney, Marion County, Private Citizens Mother Huband family Members, Hateful wanting to get rid of their stepbrother Robert Jackson, 2001000 4241, who works for the Indpls Police Dept.

They have been "Conducting their Conspiracy Murder Plots Slander and Libel Conspiracys, that they Contact Cook County Sheriff, Deputy officer James, who now works for the Cook County Sheriff Dept. that was working at the Indianapolis Marion County Sheriff Dept. saw tense plaintiff Jackson when he was being poison in the Marion County Jail in 1999

The Parole Officers, Agents of Cook County is connected with the Cook County Sheriff Dept. Officers, who Deputy James, of Marion County Indianapolis, Indiana, whos been Conducting the Operations Accross State lines, that is a federal Offense, Conspiracy with and by Indiana, and the State of Illinois in their 5 years participatime with theirs, there city County, State Criminal Minded Law Enforceme nt Agents Sheriff Deputy Police Officers of Marion County, Indpls and Ms Authers and that other Unknown family.

ROBERT JACKSON
5 of 14 V/s
DEBRA JONES

CASE NO. 07 C 3180
5 of 14

Part-A / Control #: X

Referred To:

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: JACKSON First Name: ROBERT

ID #: 20070-004241 Div.: #2 Dorm #1 Living Unit: A-20 Date: 7 /22 /07

BRIEF SUMMARY OF THE COMPLAINT: Legal Mail Complaint, Violation of Federal Law, Interfering with Court Orders blocking Federal Legal Mail from the Sender to the Receiver, State County Employees participate in a Conspiracy to Comment Obstruction of Justice, that is blocking Federal Clerk, Judge Court Orders on two ~~Occasion the legal~~ Mail of mine have ~~been~~ open, and the last time (2) two pices of Court Information has been taken out also on the outside of the Env. it States Open in Error, with a DD on the out side, which states ~~Debra Jones and Sgt Dean~~ because when I came from Court Monday ~~downstairs~~, Socialworker Debra Jones came in and was by the desk where Sgt Dean handed me my legal mail from the Federal Courts dated 7-11-07 I wrote a Grievance on this matter stating that Sgt Dean, or Socialworker Debra Jones will be charge with thief, Stealing my Federal papes

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

and holding up and stoping my Legal Mail, there was (3) three

ACTION THAT YOU ARE REQUESTING:

assistance states attorney that came over to see Socialworker Jones telling her to stop letting me make phone calls off her phone, and to stop my mail open it and read it my socialworker Jones charge with thief of Federal Mail Materal from US mail

DETAINEE SIGNATURE: Robert Jackson

C.R.W.'S SIGNATURE: Defendant DATE C.R.W. RECEIVED: ____/____/____

***Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

ROBERT JACKSON VS DEBRA JONES case No 07-3180

"Exhibit For Civil Suit" #1 6 of 14

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE REQUEST FORM

**Please request only one(1)of the following service(s):**

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs.
- ☐ Ged - 21yrs. & over
- ☐ Other
- ■ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary
- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

**DETAINEE INFORMATION (Please Print)**

| | |
|---|---|
| Detainee Name: ROBERT JACKSON | Date Submitted: May 25,07 |
| Detainee ID#: 20070004241 | Court Date: June 12,07 |
| Division: #2 - Dorm #1 | Living Unit: H |
| Detainee Signature: Robert Jackson | |

**DETAINEE REQUEST (PLEASE PRINT)**

My Release day from Parole was May 11,07 do I get a paper from Parole Office? of being Discharged!?

**STAFF RESPONSE (Do Not Write In This Space)**

B-39919
Robert Jackson
Release
See attached form

| Staff Signature | Date Detainee Received Response/Serviced |
|---|---|
| [signature] | 6/5/07 |

REVISED 2/04

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE REQUEST FORM

**Please request only one(1)of the following service(s):**

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs.
- ☐ Ged - 21yrs. & over
- ☐ Other
- ■ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary
- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

**DETAINEE INFORMATION (Please Print)**

| | |
|---|---|
| Detainee Name: ROBERT JACKSON | Date Submitted: May 13,07 |
| Detainee ID#: 20070004241 | Court Date: May 16,07 |
| Division: #11 | Living Unit: A-F |
| Detainee Signature: Robert Jackson | |

**DETAINEE REQUEST (PLEASE PRINT)**

I have Discharge from Parole as of Friday May 11,07, I have a MSR Violators Sentenced Under 1978 Law Yellow Sheet in Step 8 5-31-07 and that

**STAFF RESPONSE (Do Not Write In This Space)**

I received 20 (GCC) days to get a Projected Discharge Out Date of 5-11-07 write or tell me went You come in to See the AF Unit
See attached form.

| Staff Signature | Date Detainee Received Response/Serviced |
|---|---|
| [signature] | 5/28/07 |

REVISED 2/04

Received June 14,07

ROBERT JACKSON VS DEDRA JONES CASE NO. 07-3180 "Exhibit For Civil Suit" #2 7 of 14

```
OM0SC009          ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS          5/23/ 7
PAGE: 0001        SENTENCE CALC -- MITTIMUS/SENTENCE INQUIRY          13:36:35

IDOC#: B39919 JACKSON, ROBERT              P A P  DISTRICT 1         05/11/2006

PROJ REL DTE: 05/11/2006  PROJ DISC DTE: 05/11/2007  NEXT DOCKET DTE:     0000
                                                      ISP REGISTRY:
---MITT #---   --COMT CNTY-- COURT FIND   MN MX ---DISC--- SEQ CL CNTS CUST DATE
06CR0472001   COOK                        X  X              3  4    1    2  5 06
POSS AMT CON SUB EXCEPT(A)/(              MIN 0001 00 0000  MAX 0001 00 0000  CC
OFNS DATE:  2   6  06  SENT DATE:  4  12  06   DISC/REM DATE:        00
     AOIC: 5101110                       VICTIM < 18:    VICTIM < 12:     TIS:
03CR2466801   COOK                              B DAN EXP   2  4    1   10 23 03
RET THEFT/DISP MERCH/<$150/2              MIN 0001 00 0000  MAX 0001 00 0000  CC
OFNS DATE: 10  24  03  SENT DATE: 11  25  03   DISC/REM DATE:  6   2   05
     AOIC: 1060100                       VICTIM < 18:    VICTIM < 12:     TIS:
03C110346     COOK                              N CEN EXP   2  4    1    3  3 03
RETAIL THEFT/RETURN<$150/2D               MIN 0000 15 0000  MAX 0000 15 0000  CC
OFNS DATE:  3   4  03  SENT DATE:  3  11  03   DISC/REM DATE:  3  27   04
     AOIC: 1061600                       VICTIM < 18:    VICTIM < 12:     TIS:
NEXT KEY DATA: IDOC #: B39919
PF7: PAGE BACK   PF8: PAGE FWD
```

#8 of 14

```
OM0SC009          ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS            6/ 5/ 7
PAGE: 0001        SENTENCE CALC -- MITTIMUS/SENTENCE INQUIRY          13:07:01

IDOC#: B39919 JACKSON, ROBERT              P A P  DISCHARGED          05/11/2006

PROJ REL DTE: 05/11/2006  PROJ DISC DTE: 05/11/2007  NEXT DOCKET DTE:     0000
                                                      ISP REGISTRY:
---MITT #---  --COMT CNTY-- COURT FIND   MN MX ---DISC--- SEQ CL CNTS CUST DATE
06CR0472001  COOK                              B STA EXP    3  4   1    2  5 06
POSS AMT CON SUB EXCEPT(A)/(             MIN 0001 00 0000  MAX 0001 00 0000  CC
OFNS DATE:  2   6  06  SENT DATE:  4  12  06   DISC/REM DATE:  5  11  07
     AOIC: 5101110                    VICTIM < 18:     VICTIM < 12:     TIS:
03CR2466801  COOK                              B DAN EXP    2  4   1   10 23 03
RET THEFT/DISP MERCH/<$150/2             MIN 0001 00 0000  MAX 0001 00 0000  CC
OFNS DATE: 10  24  03  SENT DATE: 11  25  03   DISC/REM DATE:  6   2  05
     AOIC: 1060100                    VICTIM < 18:     VICTIM < 12:     TIS:
03C110346    COOK                              N CEN EXP    2  4   1    3  3 03
RETAIL THEFT/RETURN<$150/2D              MIN 0000 15 0000  MAX 0000 15 0000  CC
OFNS DATE:  3   4  03  SENT DATE:  3  11  03   DISC/REM DATE:  3  27  04
     AOIC: 1061600                    VICTIM < 18:     VICTIM < 12:     TIS:
NEXT KEY DATA: IDOC #: B39919
PF7: PAGE BACK    PF8: PAGE FWD
```

9 of 14

```
5-23-2007                    CIMIS  Standard Inquiry                        1:44pm

CIMIS #:   2007-0004241 IR  ID: 411701                   Status: BOOK  1-16-2007
     Name: JACKSON, ROBERT
    Alias: HARRIS, JAMES
      DOB:  4-26-1951  Age: 56    Sex: M      Race: Black
  Height: 5'11"     Weight: 220  Hair: Black  Eyes: Brown   Booked:  1-16-2007
  Inmate Charges (in most serious order):
  720 ILCS 5/16A-3(a)                           RETAIL THEFT
  Next Court Date:   6-08-2007
      Bail Amount: $      6,000.00               Jury Trial: N
   Housing Status: IN JAIL                     Release Date:    -  -
 Last Housing Loc: 99-RC-02-DC   Adjusted Release Date:    -  -
  Sentence Status: NONE                        Sentence Time:    0 Years      0 Days
   Classification: MINIMUM
   Inmate Address: 1025 W SUNMNYSIDE
                   CHGO                       IL
Alt                                                                    Caps Num
Press the ENTER key to continue.

                                                      8Restart        0Exit
                                                   Transfer complete.
```

```
5-23-2007                    CIMIS  Standard Inquiry                        1:44pm

CIMIS #:   2007-0004241 IR  ID: 411701                   Status: BOOK  1-16-2007
     Name: JACKSON, ROBERT
    Alias: HARRIS, JAMES
      DOB:  4-26-1951  Age: 56    Sex: M      Race: Black
  Height: 5'11"     Weight: 220  Hair: Black  Eyes: Brown   Booked:  1-16-2007
  Inmate Charges (in most serious order):
  720 ILCS 5/16A-3(a)                           RETAIL THEFT
  Next Court Date:   6-08-2007
      Bail Amount: $      6,000.00               Jury Trial: N
   Housing Status: IN JAIL                     Release Date:    -  -
 Last Housing Loc: 99-RC-02-DC   Adjusted Release Date:    -  -
  Sentence Status: NONE                        Sentence Time:    0 Years      0 Days
   Classification: MINIMUM
   Inmate Address: 1025 W SUNMNYSIDE
                   CHGO                       IL
Alt                                                                    Caps Num
Press the ENTER key to continue.

                                                      8Restart        0Exit
                                                   Transfer complete.
```

```
5-23-2007                    CIMIS  Standard Inquiry                        1:44pm

CIMIS #:   2007-0004241 IR  ID: 411701                   Status: BOOK  1-16-2007
     Name: JACKSON, ROBERT
    Alias: HARRIS, JAMES
```

```
     DOB:  4-26-1951  Age: 56     Sex: M      Race: Black
  Height: 5'11"     Weight: 220  Hair: Black  Eyes: Brown    Booked:  1-16-2007

  Inmate Charges (in most serious order):
  720 ILCS 5/16A-3(a)                          RETAIL THEFT
  Next Court Date:  6-08-2007
      Bail Amount: $      6,000.00               Jury Trial: N
   Housing Status: IN JAIL                     Release Date:   -  -
 Last Housing Loc: 99-RC-02-DC   Adjusted Release Date:   -  -
  Sentence Status: NONE                        Sentence Time:   0 Years     0 Days
   Classification: MINIMUM
   Inmate Address: 1025 W SUNMNYSIDE
                   CHGO                     IL
Alt                                                              Caps Num
Press the ENTER key to continue.

                                                  8Restart        0Exit
                                              Transfer complete.

 5-23-2007                CIMIS  Standard Inquiry                     1:44pm

CIMIS #:    2007-0004241 IR   ID: 411701               Status: BOOK  1-16-2007
    Name: JACKSON, ROBERT
   Alias: HARRIS, JAMES
     DOB:  4-26-1951  Age: 56     Sex: M      Race: Black
  Height: 5'11"     Weight: 220  Hair: Black  Eyes: Brown    Booked:  1-16-2007

  Inmate Charges (in most serious order):
  720 ILCS 5/16A-3(a)                          RETAIL THEFT
  Next Court Date:  6-08-2007
      Bail Amount: $      6,000.00               Jury Trial: N
   Housing Status: IN JAIL                     Release Date:   -  -
 Last Housing Loc: 99-RC-02-DC   Adjusted Release Date:   -  -
  Sentence Status: NONE                        Sentence Time:   0 Years     0 Days
   Classification: MINIMUM
   Inmate Address: 1025 W SUNMNYSIDE
                   CHGO                     IL
Alt                                                              Caps Num
Press the ENTER key to continue.

                                                  8Restart        0Exit
                                              Transfer complete.

 5-23-2007                CIMIS  Standard Inquiry                     1:44pm

CIMIS #:    2007-0004241 IR   ID: 411701               Status: BOOK  1-16-2007
    Name: JACKSON, ROBERT
   Alias: HARRIS, JAMES
     DOB:  4-26-1951  Age: 56     Sex: M      Race: Black
  Height: 5'11"     Weight: 220  Hair: Black  Eyes: Brown    Booked:  1-16-2007

  Inmate Charges (in most serious order):
  720 ILCS 5/16A-3(a)                          RETAIL THEFT
  Next Court Date:  6-08-2007
      Bail Amount: $      6,000.00               Jury Trial: N
   Housing Status: IN JAIL                     Release Date:   -  -
```

```
¤ Last Housing Loc: 99-RC-02-DC  Adjusted Release Date:   -  -              ¤
¤ Sentence Status: NONE                  Sentence Time:   0 Years    0 Days ¤
¤   Classification: MINIMUM                                                 ¤
¤   Inmate Address: 1025 W SUNMNYSIDE                                       ¤
¤                   CHGO                IL                                  ¤
AltëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëCapsëNumëëëëëëë
Press the ENTER key to continue.

                                                 8Restart        0Exit
                                               Transfer complete.
```

```
èëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëë£
¤ 5-23-2007              CIMIS  Standard Inquiry                   1:44pm ¤
¤áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá¤
¤                                                                         ¤
¤CIMIS #:   2007-0004241 IR  ID: 411701          Status: BOOK  1-16-2007¤
¤    ,Name: JACKSON, ROBERT                                               ¤
¤   Alias: HARRIS, JAMES                                                  ¤
¤     DOB:  4-26-1951  Age: 56    Sex: M     Race: Black                  ¤
¤ Height: 5'11"   Weight: 220  Hair: Black  Eyes: Brown   Booked:  1-16-2007 ¤
¤áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá¤
¤ Inmate Charges (in most serious order):                                 ¤
¤ 720 ILCS 5/16A-3(a)                      RETAIL THEFT                   ¤
¤ Next Court Date:  6-08-2007                                             ¤
¤     Bail Amount: $      6,000.00          Jury Trial: N                 ¤
¤   Housing Status: IN JAIL                Release Date:   -  -           ¤
¤ Last Housing Loc: 99-RC-02-DC  Adjusted Release Date:   -  -            ¤
¤ Sentence Status: NONE                  Sentence Time:   0 Years    0 Days ¤
¤   Classification: MINIMUM                                               ¤
¤   Inmate Address: 1025 W SUNMNYSIDE                                     ¤
¤                   CHGO                IL                                ¤
AltëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëCapsëNumëëëëëëë
Press the ENTER key to continue.

                                                 8Restart        0Exit
                                               Transfer complete.
```

```
èëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëë£
¤ 5-23-2007              CIMIS  Standard Inquiry                   1:44pm ¤
¤áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá¤
¤                                                                         ¤
¤CIMIS #:   2007-0004241 IR  ID: 411701          Status: BOOK  1-16-2007¤
¤     Name: JACKSON, ROBERT                                               ¤
¤   .Alias: HARRIS, JAMES                                                 ¤
¤     DOB:  4-26-1951  Age: 56    Sex: M     Race: Black                  ¤
¤ Height: 5'11"   Weight: 220  Hair: Black  Eyes: Brown   Booked:  1-16-2007 ¤
¤áááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááááá¤
¤ Inmate Charges (in most serious order):                                 ¤
¤ 720 ILCS 5/16A-3(a)                      RETAIL THEFT                   ¤
¤ Next Court Date:  6-08-2007                                             ¤
¤     Bail Amount: $      6,000.00          Jury Trial: N                 ¤
¤   Housing Status: IN JAIL                Release Date:   -  -           ¤
¤ Last Housing Loc: 99-RC-02-DC  Adjusted Release Date:   -  -            ¤
¤ Sentence Status: NONE                  Sentence Time:   0 Years    0 Days ¤
¤   Classification: MINIMUM                                               ¤
¤   Inmate Address: 1025 W SUNMNYSIDE                                     ¤
¤                   CHGO                IL                                ¤
AltëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëëCapsëNumëëëëëëë
Press the ENTER key to continue.
```

STATE OF ILLINOIS
COUNTY OF COOK

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS
Plaintiff

Case No.________

Vs

ROBERT JACKSON
Defendant, Pro Se.

MOTION TO BE RELEASE ON HIS OWN RECOGNIZANCE AND REDUCTION OF BAIL

Now Comes, The Defendant, Robert Jackson, Pro Se. and Motion this Court for to be Release on his Own Recognizance

1. Defendant, Robert Jackson, Now, is Release back out on Parole, and upon his Release, he is to Report back to his Parole Officer, and would be on Electronic Detention, and a Program, also to work to pay his Federal Courts filing Fees

2. Also Defendant has a Appeal Hearing that would be taken place in Feb. and April of 2007, and to better Communicate with his Attorney Appellate State Defender Respectfully Submitted to Pay Court Order Robert Jackson Ste

13 of 14

ILLINOIS DEPARTMENT OF CORRECTIONS

REPORTING INSTRUCTIONS

| JACKSON, ROBERT | STATEVILLE |
|---|---|
| (RELEASEE) | (FACILITY) |
| B39919 | 06/01/2007 |
| (DOC INSTITUTION NUMBER) | (RELEASE DATE) |

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME: COOK COUNTY JAIL COOK CO JAIL
2650 S CALIFORNIA AV

CHICAGO IL 60608
773-650-6500

INMATE'S COPY

ASSIGNED PAROLE OFFICE:

DISTRICT 1
AM NWE/MAYWD-AW
100 N WESTERN AVENUE
CHICAGO IL 60612
TELEPHONE NUMBER: 800-666-6744

REPORTING INSTRUCTIONS: UPON RELEASE, GO DIRECTLY TO THE ASSIGNED RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744. IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE, DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT. IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT MAY BE ISSUED FOR YOUR ARREST.

SEX OFFENDER REGISTRY REQD: NO

SPECIAL REPORTING INSTRUCTIONS

UPON RELEASE GO DIRECTLY TO 646 S. STATE ST., CHICAGO & CALL THE 800 # TO NOTIFY PAROLE THAT YOU ARE HOME!!!!

D. Knight — 1-16-07

(FIELD SERVICES REPRESENTATIVE) (DATE)

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

X — 1-16-07

(RELEASEE SIGNATURE) (DATE)

CC(3): RELEASEE (ORIGINAL); INSTITUTION; PAROLE OFFICE

14 of 14

ILLINOIS DEPARTMENT OF CORRECTIONS

**PRISONER REVIEW BOARD**

## Parole or Mandatory Supervised Release Agreement (con't)

I, JACKSON, ROBERT B39919 (Print Name), committed to and/or under the custody of the Illinois Department of Corrections, do hereby acknowledge that I have carefully read, or have had read to me, and do clearly understand the contents and conditions of the above rules governing the conduct of parolees and mandatory supervised releasees and any Prisoner Review Board orders or orders of another releasing authority, and I do hereby agree to comply with same. I do further agree that should I be charged with a violation of my Illinois parole or release and should I be in another state, I hereby waive extradition and I do not resist being returned to an Illinois State correctional center.

I also understand that if I am being released pursuant to 730 ILCS 5/3-3-10, this agreement as herein stated is applicable to me.

Signed: 16TH day of JANUARY, 2007. X Robert Jackson

Signature of Parolee or Mandatory Supervised Releasee

Print Name of Parent or Legal Guardian if applicable

Signature of Parent or Legal Guardian if applicable

Date

D. Knight — Print Name of Witness

D. Knight — Signature of Witness

1-16-07 — Date

15 of 14

## MSR VIOLATORS SENTENCED UNDER 1978 LAW

NAME Robert Jackson NUMBER B39919 DATE 1.16.07

**(STEP 1) (A)**

Yr. Mo. Day

(Recustody/New Sentence Date) preliminary hearing
- (Date D.A.V.)
NPC (Time Lost - MSR Viol.)

**(STEP 1) (B)**

Yr. Mo. Day

(Recustody/New Sentence Date)
- (Date D.A.V)
(Time Lost - MSR Viol.)

**(STEP 2)**

Yr. Mo. Day

(Time Lost-1st Viol.-A)
+ (Time Lost-2nd Viol.-B)
(Total Time Lost)

**(STEP 3)** (Mittimus NO. 06CR0472001)
PROJECTED OUT DATE

| Yr. Mo. Day | |
|---|---|
| 06 2 5 | (Custody Date) |
| + 6 | (Sentence Less GCC) |
| 06 7 8 35 | (Proj. Out Date) |
| +or- 1 20 | (Previous Time - Lost/Awarded) |
| + 06 6 15 | (Proj. Out Date) |
| + 07 6 15 | (MSR Term) (Maximum Date) |
| + 0 | (Time Lost - MSR Viol.) |
| 07 6 15 | (Discharge Date) |
| 1 7 | 1st viol |
| 07 5 ? | |

**(STEP 4)**

Yr. Mo. Day

(Discharge Date)
- (Recustody/New Sentence Date)
(Time to Serve)
- (G.C.C.)
(Time Left to Serve)

**(STEP 5)**

Yr. Mo. Day

(Recustody/New Sentence Date)
+ (Time Left to Serve)
(Proj.Discharge Date)

**(STEP 6)**

Yr. Mo. Day

(Proj.DischargeDate)
+ (Sentence Less GCC)
(Adj.Proj. Out Date)

**(STEP 7)**

| Yr. Mo. Day | |
|---|---|
| 07 08 46 | (Release Date) |
| - 06 12 26 | (Recustody/New Sentence Date) warrant |
| 20 | (G.C.C.) |

**(STEP 8)**

| Yr. Mo. Day | |
|---|---|
| 07 5 6 31 | (Discharge Date as in Step 3) |
| - 20 | (GCC) |
| 07 5 11 | (Proj.Discharge Date) |

1-16-07

Projected Discharge/Out Date 5.11.07 Terminal Operator [signature]
Calculated By [signature] Date Entered 1-16-07

DC 1324 (Rev.9/96)
IL 426-00524

Exhibit#

Parole Information

Suspects: Socialworker Jackson, to Smith to Socialworker Debra Jones

1. May 11,07 was my new Parole Dated, my old project Release dated June 1,07

2. Send a Request to my socialworker Smith in Division #11, for Parole Agent Information on about April 20,07, stating that my New Parole Discharge Date was May 11,07 and not June 1,07 no response from Socialworker Smith.

3. I was Transfer to Division #2, Dorm #1 Socialworker Debra Jones was new socialworker of Inmate Robert Jackson, on about May 20,07.

4. Inmate Plaintiff Jackson sends (2) two Request Slips, also my new Reporting Instructions, Release Date MSR Violators Calculated Sheet stating the Projected Discharge out dated on about May 25,07, no response then on May 25,07 from Ms Smith, so Socialworker Jackson was the main ploter, of the Parole Agent plot, but after Jackson got a transfer to another floor and Wing Ms Smith was Inmate Jackson Socialworker she was the blame untill Inmate Jackson transfer to another Divison that is Division #2, Dorm #1 with old friend, my girl Socialworker Debra Jones, they told her to take part in this Conspiracy, which she did at the end.

6. The Response from the Parole Agent came to Ms Smith on 5/28/07 which was transfer to Divison #2 Dorm #1 Socialworker Debra Jones

7. She refuse to give the Parole Information of 5/28/07 to 6-14-07 a day or two after coming from Court, to see what if I was to get out of Bail sence that was my next court date Hearing.

I seen my socialworker Jones (2) two times before I went to Court and on 5,07 June 7, and 11 of June, went I was coming from the Law Library she gave me

Exhibit #

Page Two:

On June 11, 07 Ms Jones gave me a Inmate Grie Form back to me, as I was coming from the Law Library, because I was going to Court tomorrow on June 12, 07, so I Knew she held back on given me that Parole Infor, seeing if I was going to get out on a I Bond the dirty Bastards and the fact they were State and County Employees