1 of 3

Exhibit For Federal Complaint
ROBERT JACKSON vs DEBRA JONES
Case No. 07-3180

FILED
AUG 0 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STATE OF ILLINOIS
COUNTY OF COOK

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS
          Plaintiff

                                                    Case No. 02CR0111601

Vs

ROBERT JACKSON
          Defendant, Victim Pro Se.

MOTION FOR, TO INVESTIGATE CLAIMS OF THE DEFENDANT, THE VICTIM
COMPLAINANT ALLEGATIONS, OF A THREATING LIFE, DEATH SITUATION
IN THE CUSTODY AND CARE OF A FEW IL. DEPT. OF CORRECTIONAL OFFICER
IN THE CUSTODY AND CARE OF A FEW, COOK COUNTY SHERIFF DEPUTIS

Now Comes, The Victim, Robert Jackson, Defendant, the Complainant that he has been Victimize, while in the Custody of Sheriff Cook County Law Enforcement Officers, and the Illinois Dept. Of Corrections North Receiving Center, right outside of Stateville Prison, a hand full of (Negroes) them to speak, and that they has been participate in a Conspiracy to spire with staff Kitchen Workers, to the Correctional Officers that feeds the Lock in Inmates at North Receiving Center at Stateville Prison, Joliet Il.

Page Two                                                    Feb. 14, 09

Division #11 Morning breakfast, being Served by Inmates, when you are lock into your Room cell, this Inmate Food Server Name Ron Richardson has been Instructed, to Delivery this particular mark food tray to Inmate Jackson, the Complainant, and Victim of this Motion, and Complaint of Robert Jackson

The Victim Jackson, has been Victimize with Cruel and Criminal Unfair Treatment, that has put him, In a life and Death Situation by being fed lace poison acid that mix in his food, only when he Jackson is lock down in his room cell or given, hand to hand a food or drink, substance. At North Receiving Center, Stateville Prison Joliet Il. and at Cermark Medical Center, and at Cook County Jail, Division's R.T.U. and Divison A-G Pond #11

At the North Receiving Center, at Stateville, Illinois Dept of Corrections you lock down 24 hours a day without coming out only for (1) one Shower a week, and (1) one day yard time a week, Jackson was in a Room cell by himself being force to eat poison food to live on while being house there waiting to go back to Court and or to be ship, transfer to a Correctional Center, which the wait is about 2 to 3 weeks and Court dates or 3 to 4 week or more, Jackson was poison the 6 days he was there between Jan 10, 09 thru Jan 16, 09 he was poison and torture that cause server pain as a punishment which Inflict great mental Suffering they was trying to poison him, to death and have on the Medical Report, that would state Jackson Die of a Heart Attack was the cause of death.

Exhibits
1 of 12

IN CASE ROBERT JACKSON #20070004241
Vs
DEBRA JONES    Case No. 07-3180

## Table Of Contents, And Evidence, and Witnesses

1. Defendants Complaints
2. Copy of one of Defendants Inmates Grievances
3. Letter Memorandum from MARK G SPENCER
4. Memo from Counsel for North Receiving Center J-Unit who defendant Jackson had sent a Inmate Grievance to about the Poisoning, which Request to the Law Library was also answer by Mark G Spencer, and a letter in the Elv. was to be sent to the Public Internal Affairs, Internal affairs Dept.

Order
5. Medical Records of blood Pressure geting high at 3:30 am breakfast, about 2 hours after eating breakfast;.
6. 11 pm to 2:00 am Med Tex, and Nurse who came to defendant cell, about 5 to 6 am in the Morning about 3 times.
6. On the morning of Jan 16, 07 defendant Blood Pressure was up, and was put down for Sick Call, defendant Jackson bought to Sick Call his breakfast Waffles to the Male doctor who seen Inmate Jackson, and was told they dont do that here, and defendant Jackson demand for a Blood Test which the doctor said they do that a your Institution but I will put you down to get one, also I ask for some Mursel Relaxers, and cold pill, which the Medical Doctor Order
7. Medical Record of Sick Call visit on Jan. 16, 07, the morning defendant Jackson was release back on Parole.

Feb 1, 07
Feb. 7, 07          Robert Jackson #20070004241

Page Two

(Let say Jackson die of a Heart Attack, not poisoning)
Prison Correctional Officers, would serve the Prison Inmates on the 11:00 pm to 7:00 am sht. Officers, who started the poisoning first from Dates started at, on Jan. 10, 07 at Breakfast when the defendant the Victim Robert Jackson, started to feel the poisoning in his body that run his Blood Pressure up, and feeling sick, and had to slip alot, first I was deliver that food tray by Officer Hester and I notice after I have eaten the food, and put the paste tray back in the chuck hole, She came back and the plaste tray and look in it, then, let the Boot Camper put the tray in the plaste bag to be throw away, she look in my food tray to see if I eat that poison mix up food, I found out after I had got sick two hours later in my room, were I was by my self, with no other Inmate.
Thoses Delivery Persons of that poison substance is:
1. Officer Hester, on Jan. 10, 07, that Unit Officer was C.O. Canllard, misspelld
2. Officer J.D. Wives Jan. 11, 07 Unit Officer was C.O. Canllard, Black woman
3. Officer J.D. Wives Jan. 12, 07, Unit Officer, was C.O. Cam Vard, Black woman
4. Officer Davis on the 7:00 am to 3:00 pm sht
5. Officer Mexico Woman on the 3:00 pm to 11:00 pm sht
6. Officer J.D. Wives Jan. 15, 07,
7. Officer J.D. Wives Jan. 16, 07 in which he was, and is not the Officer assign to this Unit, J Unit on the 11:00 pm to 7:00 am sht
8. Officer King on the 7:00 am to 3:00 pm sht at Lunch time, when Officer Reeves was passing out the food Trays, she ran in front of him, and put a food tray in my chuck hole, when she was no passing out the tray

# Table Of Contents, And Evidence, and Witnesses

1. Defendants Complaints
2. Copy of one of Defendants Inmates Grievances
3. Letter Memorandum from MARK G SPENCER
4. Memo from Counsel for North Receiving Center J·Unit who defendant Jackson had sent a Inmate Grievance to about the Poisoning, which Request to the Law Library was also answer by Mark G Spencer, and a letter in the Elv. was to be sent to the Public Internal Affairs, Internal affairs Dept.

Order

5. Medical Records of blood Pressure geting high at 3:00 am breakfast, about 2 hours after eating breakfast,.
6. 11pm to 7:00am Med Tex, and Nurse who came to defendant cell, about 5 to 6 am in the Morning about 3 times.
6. On the morning of Jan.16,07 defendant Blood Pressure was up, and was put down for sick Call, defendant Jackson bought to Sick call his breakfast Waffles to the Male doctor who seen Inmate Jackson, and was told they dont do that here, and defendant Jackson demand for a Blood Test which the doctor said they do that a your Institution but I will put you down to get one, also I ask for some Mursel Relaxers, and cold pill, which the Medical Doctor Order
7. Medical Record of Sick Call visit on Jan.16,07, the morning defendant Jackson was release back on Parole.

Feb 1, 07
Feb. 7, 07        Robert Jackson #20070004241

4 of 12

Page Two:

## Committed Person's Grievance
## Part II

Request for a Investigation, when I was at North Receiving Center at Stateville Prison from Jan.9,07 untill Jan.16,07

Inmate Jackson, was being poison while he was at North Receiving Center, located at Stateville Prison, on the Unit, which he was housed at J Unit of N.R.C.

Inmate Jackson came to N.R.C. on Jan.9,07 and the poisoning started that next morning at the 3:00am breakfast Jan.10,07 went he was served his breakfast, which was deliever by Officer Hester a woman C.O, which another woman officer name, C.O. Camllard who always work the J Unit on the 11:00pm sht, untill 7:00am always sence I seen her last year.

After that, in J Unit breakfast time at 3:30 am in the morning, Officer J.D. Wives, a black man on Sunday nite thur Friday morning breakfast deliever a poison tray about 4 times knowingly also Officer Davis, a Mexico Woman and on the last day Officer King who rain in front of Officer Reeses to put a plastic tray in my chuckhole,

Inmate Jackson send a Inmate Grievance to his Counsel D.LUCE C.C. about this Matter, and I had a Request from Mark G Spencer

On Jan.16,07 the day I left, N.R.C. Officer JD Wives deliver so Waffles

5 of 12

Page Three

Committed Person's Grievance
Part III

That seems to be Wet, I didn't eat them, but save them and took them to sick Call, and told the Doctor to have them tested and that I need a blood test, to see what kind of Poison I had in my body he said he would test them, but they don't do that here, and he would give me a blood test tomorrow.

My Medical Records at North Receiving Center, under Robert Jackson B-39919 would also show, that after about 2 hours after Inmate Jackson had eaten breakfast, he had call for the Nurse to take his blood Pressure, because it showed to be high

Remember this poisoning first started at Cook County Jail Division #8 R.T.U. threw the Correctional Officers threw the food servers to the Inmate who was pasting out the Morning and evening food trays

Robert Jackson Pro Se

6 of 12

Page <u>Two</u> of <u>Three</u> of "<u>Detainee Grievance</u>"    Feb. 3, 07
<u>Request For A Investigation</u>

This is a County Employees and State Employees <u>Poison Conspiracy</u>

When I came to Division #11 on <u>Jan. 22, 07</u> I was house in, on the Second floor, A-G Unit, and after a few days, at Breakfast time in Roomcell #408 I was given a <u>food trays</u> and a piece of Burrdo that was mix with a poison, with the Knowing of what was in the Burrdo on <u>Jan. 30, 07</u> the same morning he control that I take the top food tray that was bought in to the room, this happen that he would get up and wait untill I pick up the first food tray first on the sink, then he would get his, and start eating it, he would wait untill I get out of Bed and take the top tray and about <u>2 hours</u> later I would start filling <u>sick</u>, like I was being poison in North Receiving Center, which started <u>Jan. 3, 07</u> in Divison #8 RTU, then started at Stateville, North Receiving Center, Now, the Kitchen staff, Officers, here at Divison #11 is in the <u>500.00 dollars Poisoning Reward Contest</u>.

On my Next Court date <u>Feb. 1, 07</u> I got up and took the bottom food tray right from the sing and walk out the door, because at <u>3:80 a.m.</u> in the morning when you go to court you can come out of your cell room to take a shower, <u>I didnt</u> feel sick at Court line, or at Court.

When I came back from Court he <u>Marc. Walls</u> told me to tell the Officer of <u>AG Unit</u> that I want to move, he was trying so hard and I Knew why he then Knew that I Knew what he was doing.

7 of 12

Page Three of Three of "Detainee Grievance"

From the next day Friday Feb. 2, 07 when I moved into the next room with this other Inmate, after I eat breakfast I feel alright after I eat breakfast, since this Inmate was in the poison plot he, Inmate Food Server Ron of AH Unit #402 couldn't poison both of us, and get away with us both complaining so he stop.

The stack of food trays Inmate Ron carry up stairs is set right to the next room to our room, so went hes passing out the food trays on the top deck, the other stack of food trays starts at my door, I saw, and thats why the second food tray from the bottom I would get, if my cellmate don't pickup the first tray on top of the 2 food trays that is put in my Room,

Food Server Ron of AH #402 is the food Server in the morning for Pond Unit AG on the 3:30, feeding time, this Inmate is Responsible for the food Cart with his helper, who assist him, Inmate Ron is responsible of the diet trays thats on the food cart that they go to the right room, he separates all the food trays that goes in to all room so he is Responsible for the poison food tray that comes to my room, Officer Martinez, his Supervison, must Know and is over the Control of this Inmate actions and is held Responsibl

Feb. 7, 07            Robert Jackson #20070004241 Division #71, 409

ROBERT JACKSON was arrested for shoplifting, and in the custody of the States Attorney, but when his Jailers is trying to kill him then the State Attorney should stop this From happening.

R.J.

↗ This is Court-Stamped and is in my Court Files

8 of 12    Inmate Grievances

I have a Complaint against C.O. that works on the 11 pm to 7 am sht. her name is L. Bluford, she been tainting my food tray when I receive it at about 3:30 am in the mornings from tray when I receive it at about 3:30 am in the mornings from July 12, 06, thursday, July 14, 06 that is Saturday morning at 3:30 am

Thursday morning 3:00 am poison in Gravy. We had Busict and Gravy
Friday morning 3:00 am poison in eggs and Sausage
Saturday morning 3:00 am. Polish hot dogs Spay poison on Bread
Ms L. Bluford gaves out the Food trays and not the boot campers and I only get sick and start to throw up blood after about 2 to 3 hours after I have eaten.

Request Transfer as soon as possible!
"What I Request: Move me to O Unit away from C.O. L. Bluford and that other Woman C.O. in J Unit that works from 1100 pm till 7:00 am

P.S. The C.O. in J Unit that works from 1100 pm till 7:00 am

P.S. The CO Refuse to go and find me a Inmate Grievance when he said he didn't have any.

Please send me 3 Inmate Grievances, at once to redue theses Inmate Grievances.
                            Robert Jackson B-39919

"Copy"

# ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

**Date:** Jan. 11, 07  **Committed Person (Please Print):** Robert Jackson  **ID#:** B-39919

**Present Facility:** NRC: Stateville Prison  **Facility where grievance issue occurred:** NRC: Stateville

**NATURE OF GRIEVANCE:** Being Poison, Kept Running up my Blood Pressure, and making my head Tasteless

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [x] Dietary
- [ ] Medical Treatment
- [x] Other (specify): Food Poisoning
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ___/___/___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- **Chief Administrative Officer**, only if EMERGENCY grievance.
- **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Jan. 10, 07, At Breakfast sandwich was spray or mix with a Unknown, tastless poison, Wensday Morning, delivery, by Officer Hester, when she came back to open the chuchole, she look in my plastic food tray if to see if I had eaten my food, I knew why after two hours waking up breathing fast, and my head was hot, and feeling like Acid in my arms I had to drink a lot of water, and call the Officer to get the Nurse, Med tex over to my cellroom, they came and said that my blood pressure was high, Jan 11, 07 Jan 12, 07 Officer J.D. Wine was serving those poison food trays and I always call for the Med tex, who call the Nurse, for a blood pressure test, they doing this because of a $500.00 dollars Reward and I'm in the cell by myself

**Relief Requested:** Move to another Unit, stop the Staff Member in the Kitchen from puting poison in my food, and put another Inmate in my Room cell with me so they would stop trying to poison me, in a room cell by myself.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Robert Jackson**  B-39919  1/11/07
Committed Person's Signature   ID#   Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

Print Counselor's Name   Counselor's Signature   Date of Response ___/___/___

---

### EMERGENCY REVIEW

**Date Received:** ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   Date ___/___/___

Distribution: Master File; Committed Person   Page 1   DOC 0046 (Eff. 10/2001)
Printed on Recycled Paper   (Replaces DC 5657)

# OFFENDER'S GRIEVANCE

**Date:** Jan. 11, 07
**Offender (Please Print):** ROBERT JACKSON
**ID#:** B-39919
**Present Facility:** NRC: Stateville Prison
**Facility where grievance issue occurred:** NRC: STATEVILLE

**NATURE OF GRIEVANCE:** Poison Kept Running Up my Blood Pressure and making my head hot Tasteless Food Poisoning Officer Withholding Information up to Criminal Offense

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ■ Staff Conduct
- ■ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ■ Other (specify):

☐ Disciplinary Report: ___/___/___
Date of Report                    Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
- Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
- Chief Administrative Officer, only if EMERGENCY grievance.
- Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Jan. 10.07. At Breakfast My breakfast sandwich was sprayed with a Unknown tasteless poison Wensday Morning by the Unknown officer (Baby Sounding Ms Smart mouth) Blackwoman C.D. Camoney that works in J. Unit from 11:00 PM to 7:00 am, had this other woman officer Officer Name P. Hester, delivery the white sandwich tray to my room Cell. Blackwoman C.D. CD Camoney works the 11:00 P.M. to 7:00 am. sht Sunday Night thru Thursday Night. Now from Jan.10.07 thur Jan.15.07 I could feel the acic poison after about 2 hours in both arms, and my heart racing fast, and the Dryest in my mouth and the sick feeling it first started Wensday on the 11:00 pm to 7:00 am sht J Unit Offices, run by this Black woman C B Camoney and J.D V

**Relief Requested:** Charge All 11pm to 7am sht J-Unit Officers with Attempt Murder Conspiracy, also Davis and Officer King on the 7:00 am to 3:00 pm sht

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  ___/___/___
Offender's Signature          ID#         Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: ___/___/___
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____  _____  ___/___/___
Print Counselor's Name    Counselor's Signature     Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___
Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                             ___/___/___
Chief Administrative Officer's Signature              Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER WRITE-OUT**
*Stateville Correctional Center*

*To the reader*: This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box ▮▮▮▮▮▮. The address for those at the facility's Minimum Security Unit is: ▮▮▮▮▮▮

*Please include the offender's name and **complete number** on all correspondence, funds and publications that are mailed to the facility*

"Responds" To: Court Orders of 05/05/2006, and 06/18/20
Re: JACKSON VS NELSON
Assigned To: Honorable Paul E. PLUNKETT
Cause No. 42-1983
Prisoner Civil Rights
Civil Docket, for Case No. # 1:06-CV-02039

To HONORABLE JUDGE: PAUL E. PLUNKETT
From August 15, 06

Street: UNITED STATES DICTRICT COURT JUDGE   Number: 1
City / State / Zip Code: NORTHERN DISTRICT, EASTERN DIVISON

To Honorable Judge Plunkett, Last Friday is that I had Just Received your Court Order of June 6, 06. Robert Jackson B-39919 Vs Nelson, et, al, Case No. 06-CV-02039, the real reason, I did not Received this Court Order, is mainly because the Assistant Warden Brown, this Negro Black Woman Warden at Vandalia, Correctional Center, in Vandalia, Illinois, and the Mailroom Superivor at Vandalia, C.C. was in a Conspiracy and Plot, with the Indianapolis Police Dept. that is my brother in law Sgt Steward of the Indianapolis Police Dept. also the Marion County States Assistant Attorney, to Kidnap me Mr Jackson, and Illegally take me over to Indianapolis, Indiana, Illegally while I got this Case in your court and also I have a Appeal going on in the Appellate Court of Appeals Appeal Case No. 06-1753 that in Progress.

I was to be Kidnap threw my Parole Officer, in there plot and Conspir to Kidnap me, in which at the Same time I was under a Federal Court Ord to pay a Court Filling fee, and still under the Illinois Court of Appeals Jurisdiction, did not want me to Know that I had to pay a $350.00 dollars Filing fee, that was Ordered by the Court

This Assistant Warden Ms Brown, Black Negro Warden of Programs, should be held in Interfering in Court Orders, Tampering with Legal Mail from the United States Court, Theft, of mail Material, and Obstuction of Justice Conspiracy and in a Conspiracy to Kidnap with the Indianapolis Police Sgt working threw the Parole Agent.

Respectfully Submitted
Robert Jackson B-39919 Pro Se.

STA 0050 (Rev. 12/03)