E-FILED
Monday, 13 August, 2007  08:54:23 AM
Clerk, U.S. District Court, ILCD

FILED

AUG - 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Please file this Amemed Complaint to my Case

Robert Jackson #20070004241

Also I have your Phone Number to call you for the Merit Review Hearing. I will get in touch with you, if you accept a Collect Phone Call. be looking out for my Collect Phone Call soon.

Robert Jackson #20070004241

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DIVISION

ROBERT JACKSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DEBRA JONES

Case No: 07-3180
(To be supplied by the Clerk of this Court)

AMENDED COMPLAINT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
       U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: ROBERT JACKSON

B. List all aliases: _____

C. Prisoner identification number: #20070004241

D. Place of present confinement: COOK COUNTY JAIL

E. Address: P.O. BOX #089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

Defendant Is To Be Not Included, And Dismissed from suit

A. Defendant: DEBRA JONES

Title: Socialworker Division #2 Dorm #1

Place of Employment: COOK COUNTY JAIL, SOCIAL SERVICE DEPT

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III.** **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO ( )  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

_____

_____

_____

2. What was the result?

_____

_____

_____

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D. If your answer is **NO**, explain why not:

_____

_____

_____

E. Is the grievance procedure now completed?   YES ( )   NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( )   NO ( )

G. If your answer is **YES**:

   1. What steps did you take?

   _____
   _____
   _____

   2. What was the result?

   _____
   _____
   _____

H. If your answer is **NO**, explain why not:

_____
_____
_____
_____
_____

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A.  Name of case and docket number: _____
   _____

   B.  Approximate date of filing lawsuit: _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____

   D.  List all defendants: _____
   _____
   _____
   _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____
   _____

   G.  Basic claim made: _____
   _____
   _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

V.   Statement of Claim: Dismiss One Defendant off of this 1983 Civil Suit

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendants had No Knowedge of what was going on in fact her Supervisor came and took plaintiff Material from her Ms Jones, my Socialworker, this is my Investigation of this Matter from my Source.

My Investigation also Included, that from her statement my Supervisor is control of her paper work, and she does what she is told to do, and not to do, I only work here but my Job is to help you in your social needs and nothing else.

I am satisfy with my Inestigation and Conclusion
Robert Jackson Pro Se. #20070004241

New Information: As I came from Court, Monday my social worker, Ms Jones, must have lay my mail on the desk at the Control desk at the Control desk, because that's where she was at, first, then she proceeded from the control desk, where the Federal Mail was pick up at, by the sgt, and given to me, she and he had there doing in the opening out of my presents, and stealing the top two papers in trying to stop me from Knowing the Information of the Court Order from the Federal Judge that why there are two Ds on the outside of the Elv. Deciv and Dein
Robert Jackson

VI.  Relief: Dismiss from my Civil Suit Defendant Debra Jones

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Dismiss the Civil Suit Against Debra Jones, And to charge Sgt. Dean with Opening my Federal Legal Mail and taking the (2) two top Court Orders of stating Robert Jackson Vs Debra Jones, Case, No. 073180 and the name of the Judge charging him with Thief of Federal Material out of Federal Mail, Fired Him, for this.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  17  day of  July , 20 07

_Robert Jackson_
(Signature of plaintiff or plaintiffs)

ROBERT JACKSON
(Print name)

20070004241
(I.D. Number)
COOK COUNTY JAIL
P.O. BOX # 089002
Chicago, Illinois 60608
(Address)

8