E-FILED
Wednesday, 15 August, 2007  10:36:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON,

    Plaintiff,

vs.                      07-3180

DEBRA JONES,
W. HAMPTON,
I. MANNING,
ROGER E. WALKER,
JESSE MONTGOMERY,
ASST WARDEN STATEVILLE,

    Defendants.

## Transfer Order

The plaintiff, currently incarcerated in Cook County Jail, Illinois, filed this action in the United States District Court for the Central District of Illinois.

28 U.S.C. § 1391(b) in relevant part provides that the plaintiff may bring his claim:

> . . . only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. § 1404(a) provides that a district court may transfer any civil action to any other district where it might have been brought, for the convenience of the parties or witnesses, and in the interests of justice.

The plaintiff and all of the defendants, except defendant Walker, are located in the venue of the Northern District of Illinois. Additionally, all the alleged events giving rise to Plaintiff's claims occurred in the Northern District of Illinois. The court accordingly finds that the Northern District is the appropriate forum for this case.

Before transfer the court will clean up the pending motions. The court notes that Plaintiff has filed motions to "amend" his complaint, in which he asks to terminate Debra Jones. (d/e's 5, 9).[1] Plaintiff's proposed "Amended Complaint" (d/e 9) seems to be only a request that Debra Jones be dismissed as a defendant. Accordingly, the "Amended Complaint" is construed as a motion to dismiss Debra Jones without prejudice. Plaintiff's request shall be granted and Debra Jones will be dismissed. Plaintiff has also filed a second motion for appointment of counsel, which will be denied with leave to renew for the reasons stated in the text order of July 27, 2007.

---

[1] Plaintiff's "Amended Complaint" (d/e 9) was docketed as a motion to file amended complaint.

IT IS THEREFORE ORDERED that Plaintiff's motions to dismiss Debra Jones are granted (d/e's 5, 9).  Debra Jones is dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's second motion for appointment of counsel (d/e 6) is denied with leave to renew for the reasons stated in the text order of July 27, 2007.

IT IS FURTHER ORDERED that this action is transferred to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) and the court's own motion.  No summons shall issue in this action unless directed by the transferee court.  The court leaves pending Plaintiff's petition to proceed *in forma pauperis* (d/e 2) for consideration by the transferee court.

Enter this  15th   Day of   August  , 2007.          **s\Harold A. Baker**

                                                                                    Harold A. Baker
                                                                                    United States District Judge