

**FILED**

AUG 2 4 2007

United States District Court

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**United States District Court**

CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

**RECEIVED**

August 15, 2007

AUG 2 1 2007

U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**JUDGE KOCORAS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE COLE** 07C 4732

RE: Jackson v Jones, et al., Central District of Illinois case number 07-cv-3180

Dear Clerk:

On August 15, 2007 , an order by the Honorable Harold A. Baker , U.S. District Judge, was entered transferring the above-mentioned case from this District Court to the U.S. District Court, Northern District of Illinois.

Enclosed is a copy of the docket sheet in the above listed case.

Also enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: xxxxxxxx and the password is: xxxxxxx   This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,

John M. Waters, Clerk

By  _s/ M. Eddings_____
Deputy Clerk

Receipt Acknowledged on: _8/21/07_ By: _M. Burke_____
Attention District Court Clerks:
**Please REMOVE LOGIN and PASSWORD when DOCKETING into CMECF.**