# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 0 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON
   Plaintiff

Vs

ROGER WALKER et al.,
   Defendant

Civil Case No 3180
No.07-3235 Same Case
No. 07 3237 Same Case
No. 07 3248 Same Case

## NOTICE OF APPEALS, IN A CIVIL CASE

RESPONSE TO A INCORRECT ORDER OF DISMISSAL PLAINTIFF'S LAWSUIT, WITH INCORRECT REASONS PLAINTIFF, IS NOT A LAWYER, AND IS INDIGENT, INCARCERATED, SUFFERING FROM THE DENIAL OF COURT ACTION, FOR NOT GRANTING RELIEF, JUSTICE.

Plaintiff Robert Jackson, has Not Filed Four Cases in Central District Federal Court, over the Past two months, Thats a lie on its face, and a fool for a Parlegal or Incompetent, saying I filed four Cases, and the reason I file this Civil 1983 Suit, is Roger Walker, the Director of the Illinois Dept. Of Corrections, that is Located in Springfield, Il, in the Central District, in hopes of a better outcome, the defendant Roger Walker, is the chief head of the Illinois State Prisons and the Parole Agents, and the Stateville Prison, Northern Receiving Center

Page Two:    Court Conspiracy in making (4) Four    Oct. 1, 07
             1983 Civil Case out of one Case

And the chicago Dept. of Corrections, Office, Employees, and give Orders from Springfield, Central District of Illinois,

Then bring up cases in Northern District of Eastern, Illinois talking about cases not of this matter, of my Complaint, is about without paying the filing fee, the defendants, can continue with there conspiracys and ploys, because the plaintiff is without any money to pay the filing fee, or they could kill you, poison you, slander you and libel you at will, or take you back for a violation of parole, without any reason or Justification, Just make a false Report, to keep him lockup and back in front of the Parole Board,

Filing a Criminal Complaint, is the Answer, so please contact the FBI office for a Investigation on the Plaintiff Demand, Thank You; I am a U.S. Citizen, and have a civil rights Complaint and a Constitutional Violation, also a federal Law Violation of Outrageous Conduct in a private and personal Conspiracy between a assistant states Attorney in Marion County, Indianapolis, Indiana and the head assistant attorney at my District Circuit Courhouse.

And if you dont contact the FBI office on this matter, this Court would not in the Interest of Justice.

If you, clerk of court maded (3) three diffence civil Cases

Page 3      Plaintiff filed only one Case
            <u>Just, Rearrange and Amended</u>

Out of one Civil Complaint Case, he, or she is in a Conspiracy

Against the plaintiff (4) four cases, was done by the clerk

Plaintiff only filed one case rearrange the Names only from Debra Jones to the person, Responsible for his Employees, and there actions is <u>Roger Walker, et al.</u>

If the clerk or who ever is sabotage, or sabotaging my Complaint, in making it (4) four or (3) three Civil Cases is not the Plaintiff Intentions, he was only Amending and Rearranging his Complaint, and the reason to transfer it, the Civil Case <u>Debra Jones, Case No. 07-3180</u> this Court made it <u>(4) four Cases</u> not the Plaintiff

First it was Case <u>No. 07-3180</u> in Central District of Illinois then transfer to the Northern District of Illinois, the case Number was changed to <u>07 C-4732</u>, but this is the same case, not two diffence Court Cases on when I refile it back in Central District only <u>Rearranging</u> the <u>Names</u> and <u>Responsibles</u>

1. Robert Jackson Vs Debra Jones 07-3180, Central District
2. Robert Jackson Vs Debra Jones 07-4732, Northern District
3. Robert Jackson Vs Debra Jones 07-3237, transfer back down to the central district, which is the same case, as 07-3180 then this case No. 07-3180, No. 07-4732, No. 07-3237, is the same case it Number was change in transfer it up to the

Page four                                                        Oct. 1, 07

Northern District then back to the Central District, change to 07 CV3239

Notice of Appeal is being filed, so send me the proper Appeal forms and correct the said filing of (4) four 1983 Civil Suit back to one civil suit.

Debra Jones and Roger Walker is the same civil Suit, just been Rearranged.

Respectfully Submitted

Robert Jackson #20070004241
Cook County Jail
P.O. Box #089002
Chicago Il. 66608

Please Disregard the Name on the out side of the Elv.
Thank You RQ.

E-FILED
Wednesday, 15 August, 2007 10:36:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON,

    Plaintiff,

vs.                                                                07-3180

DEBRA JONES,
W. HAMPTON,
I. MANNING,
ROGER E. WALKER,
JESSE MONTGOMERY,
ASST WARDEN STATEVILLE,

[handwritten annotations: ROGER E. WALKER 07-3235; JESSE MONTGOMERY 07-3239; ASST WARDEN, DOMEZ 07-3248; I. Manning; W. Hampton; DOMEZ; "Just Rearrange the Names only not the Information or facts. Robert Jackson"]

    Defendants.

**Transfer Order**

    The plaintiff, currently incarcerated in Cook County Jail, Illinois, filed this action in the United States District Court for the Central District of Illinois.

    28 U.S.C. § 1391(b) in relevant part provides that the plaintiff may bring his claim:

    . . . only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

    28 U.S.C. § 1404(a) provides that a district court may transfer any civil action to any other district where it might have been brought, for the convenience of the parties or witnesses, and in the interests of justice.

    The plaintiff and all of the defendants, except defendant Walker, are located in the venue of the Northern District of Illinois. Additionally, all the alleged events giving rise to Plaintiff's claims occurred in the Northern District of Illinois. The court accordingly finds that the Northern District is the appropriate forum for this case.

    Before transfer the court will clean up the pending motions. The court notes that Plaintiff has filed motions to "amend" his complaint, in which he asks to terminate Debra Jones. (d/e's 5, 9).[1] Plaintiff's proposed "Amended Complaint" (d/e 9) seems to be only a request that Debra Jones be dismissed as a defendant. Accordingly, the "Amended Complaint" is construed as a motion to dismiss Debra Jones without prejudice. Plaintiff's request shall be granted and Debra Jones will be dismissed. Plaintiff has also filed a second motion for appointment of counsel, which will be denied with leave to renew for the reasons stated in the text order of July 27, 2007.

---

[1] Plaintiff's "Amended Complaint" (d/e 9) was docketed as a motion to file amended complaint.

1

      IT IS THEREFORE ORDERED that Plaintiff's motions to dismiss Debra Jones are granted (d/e's 5, 9). Debra Jones is dismissed without prejudice.

      IT IS FURTHER ORDERED that Plaintiff's second motion for appointment of counsel (d/e 6) is denied with leave to renew for the reasons stated in the text order of July 27, 2007.

      IT IS FURTHER ORDERED that this action is transferred to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) and the court's own motion. No summons shall issue in this action unless directed by the transferee court. The court leaves pending Plaintiff's petition to proceed *in forma pauperis* (d/e 2) for consideration by the transferee court.

      Enter this  15th  Day of  August , 2007.                   **s\Harold A. Baker**

                                                              Harold A. Baker
                                                              United States District Judge