E-FILED
Thursday, 18 October, 2007  11:39:22 AM
Clerk, U.S. District Court, ILCD

FILED
OCT 12 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON
    Plaintiff

Vs

ROGER E WALKER
DOMENGS, ASSIST. WARDEN OF OPERATIONS
MS JOHN DOE, ASSIST WARDEN OF PROGRAMS
I MANNING
W HAMPTON
K. SMITH, Socialworker
    Defendants,

07-3180
07-3235 - Same
07-3237 - Same
07-3248 - Same

COURTS EMPLOYEES
ERROR + MISTAKES

## APPEALING THE JUDGMENT, OF THE DECISION OF COURT

Plaintiff, Robert Jackson, Now Will put Notice to this Court, of his Intentions of Appealing, the Courts own Mistake, or Incompetent Law Clerk, or Parlegal, only a fool, would make, or make a written Statement of plaintiff has filed four cases in Central District, which all contains the same element, same names, and all is under the Responsibility of Roger E. Walker, the Director, of the Illinois Dept. Of Corrections.

Respectfully Submitted
Robert Jackson Pro.Se.

1 of 4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON
  Plaintiff

Vs

07-3180
07-3235 Same Case
07-3237 Same Case
07-3248 Same Case

ROGER WALKER et al,
  Defendants

APPEAL THE JUDGEMENT
IN A CIVIL CASE

RESPONSE TO A INCORRECT ORDER OF DISMISSAL OF PLAINTIFFS LAWSUIT, OF FILING FOUR CASES, WHICH IS THE SAME CASE, AND REMEMBER, PLAINTIFF IS NOT A LAWYER, HE IS INDIGENT, INCARCERATED, SUFFERING FROM THE DENIALS OF COURT,S NOT GRANTING TO PROCEED IN FOR FORMA PAUPERIS WHILE THE DEFENDANTS, CONTINUANCE HERE ILLEGAL ACT

Plaintiff has not Filed, said, four cases in the Central District Federal Court over the last two months, Thats a lie, On its face, and a fool for a Courts Law Clerk or Parlegal or she or hes Incompetent, in saying, committing Slander in saying that I had filed four Cases, the Director of the Illinois Dept. Of Corrections is located in Springfield, Il. who ever the dumb silly Law Clerk for the Honorable Judge Harold A Baker (and saying It appears he has now turned to the Central District

2 of 4    Please Disregard the Name on the outside of this Env, R/P
Page #1 part II
has now turned to the Central District in hope of a better outcome.

        Robert Jackson
        #20070004241
        Cook County Jail
        P.O. BOX #089002
        Chicago, Il. 60608

Oct. 4, 07

3 of 4

Please Disregard the name on the out side of the Elv. Thank You RQ

Page Two.    Conspiracy in making (3) three    Oct. 1, 07

<u>Civil Cases out of one Case</u>

And the Chicago Dept. of Corrections, office, Employees, and give Orders from Springfield, Central District of Illinois.

Then bring up cases in Northern District of Eastern Illinois talking about cases not of this matter, of my Complaint, is about without paying the filing fee, the <u>defendants can continue with there conspiracys and ploys</u>, because the plaintiff is with out any money to pay the filing fee, or they could kill you, poison you, slander you and libel you at will, or take you back for a Violation of Parole, without any reason or Justification, ~~[scribbled out text]~~ Just make a false Report, to keep him lockup and back In front of Filing a Criminal Complaint, is the Answer, so please contact the F,B,I office for a Investigation on the Plaintiff's Demand, Thank You, I am a U,S Citizen, and have a civil rights Complaint and a Constitutional Violation, also a federal Law Violation of Outragous Conduct in a private and personal Conspiracy between a assistant states Attorney in Marion County, Indianapolis Indiana and the head assistant attorney at my District Circuit Courthouse

And if you don't contact the <u>FBI office</u> on this matter, this Court would not in the Interest of Justice,

If you clerk of court maded (3) three diffence Civil Cases out of one civil Complaint Case he, or she is in a Conspiracy

Plaintiff filed only one Case Oct. 1, 07 Just, Rearrange and Amended Against the plaintiff, (3) three Case, was done by the clerk

Plaintiff only filed one case, rearrange the Names only from Debra Jones to the person Responsible for his Employees and there actions is Roger Walker et al.

If the clerk or who ever is sabotage, or sabotaging my Complaint in making it (4) four or (3) three Civil Cases is not the Plaintiff Intentions, he was only Amending and Rearranging his Complaint, and the reason to transfer it, the Civil Case Debra Jones, Case No. 07-3180 this Court made it (4) four Cases not the Plaintiff.

First it was Case No. 07-3180 in Central District of Illinois then transfer to the Northern District of Illinois, the Case Number was changed to 07C-4732 but this is the same case, not two diffence Court Cases, on when I refile it back in Central District only Rearranging the Names and Responsibles,

1. Robert Jackson Vs Debra Jones 07-3180 Central District
2. Robert Jackson Vs Debra Jones 07-4732 Northern District
3. Robert Jackson Vs Debra Jones 07-3239 transfer back down to the central District, which is the same case, as 07-3180 then this case No. 07-3180, No. 07-4732, No. 07-3239 is the same case it Number was change in transfer it up to the Northern District then back to the Central District, change to 07-CV-3239

Robert Jackson #2009004041 cook county Jail

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 20 September, 2007 10:32:12 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBERT JACKSON**

vs.   Case Number: **07-3235**

ROGER E. WALKER, ET AL.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Harold A. Baker, this cause of action is dismissed because plaintiff failed to disclose that he previously filed three cases that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim, and for failing to disclose that he had been repeatedly advised of this by the Northern District. -----------------------------------------------

ENTER this 20th day of September

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY: DEPUTY CLERK

E-FILED
Thursday, 20 September, 2007  09:57:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON,

    Plaintiff,

vs.                                        07-3235
                                          07-3237
                                          07-3248

ROGER WALKER et al.,

Order of Dismissal

    Plaintiff, currently incarcerated at Cook County Jail, has filed four cases in the central district over the last two months without informing the Court that he has "struck out" under Prison Litigation Reform Act.[1] That is, he has filed at least three lawsuits while incarcerated that were dismissed as frivolous, malicious or for failure to state a claim. 28 U.S.C. § 1915(g). Plaintiff has been repeatedly advised of this in cases he filed in the Northern District, and it appears he has now turned to the Central District in hopes of a better outcome. See, e.g., Jackson v. J.D. Wives et al., 07-1262 (N.D. Ill.)(summarily dismissing case because plaintiff failed to advise court of three strikes); Jackson v. Jones, 07-3828 (N.D. Ill.)(same); Jackson v. Burnett, 06-3175 (N.D. Ill)(same); Jackson v. Burnett, 06-3064 (N.D. Ill.)(same); Jackson v. Nelson, 06-2037 (N.D. Ill.)(same); Jackson v. Steward, 04-6597 (N.D. Ill)(dismissed for failing to disclose that plaintiff had struck out under name of "Richard Hatcher").

    IT IS THEREFORE ORDERED:

1)    All of the above cases are dismissed for Plaintiff's failure to disclose that he previously filed three cases that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim, and for failing to disclose that he has been repeatedly advised of this by the northern district.

2)    Based on Plaintiff's petitions to proceed *in forma pauperis*, an initial filing fee of $5.20 is assessed in each of the above cases. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office.

3)    Future civil actions filed by Plaintiff will be summarily dismissed unless Plaintiff has demonstrated that he has paid all outstanding filing fees in full. *Sloan v. Lesza*, 181 F.3d 857,

---

[1] The Court transferred one of the cases to the northern district before discovering that Plaintiff had struck out. *07-3180.*

1

859 (7th Cir. 1999).

Enter this __20th__ Day of __September__, 2007.

                                            **s\Harold A. Baker**

                                            Harold A. Baker
                                            United States District Judge

3:07-cv-03237-HAB-BGC   # 3    Page 1 of 1

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 20 September, 2007  10:42:06 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBERT JACKSON**

vs.                                              Case Number:   **07-3237**

ROGER E. WALKER, ET AL.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Harold A. Baker, this cause of action is dismissed because plaintiff failed to disclose that he previously filed three cases that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim, and for failing to disclose that he had been repeatedly advised of this by the Northern District. ------------------------------------------------

ENTER this 20th day of September

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK

S of 11

E-FILED
Thursday, 20 September, 2007 10:30:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON,

Plaintiff,

vs.

07-3235    Walker
07-3237    Jones-Walker
07-3248    Walker et al

ROGER WALKER et al.,

Order of Dismissal

Plaintiff, currently incarcerated at Cook County Jail, has filed four cases in the central district over the last two months without informing the Court that he has "struck out" under Prison Litigation Reform Act.[1] That is, he has filed at least three lawsuits while incarcerated that were dismissed as frivolous, malicious or for failure to state a claim. 28 U.S.C. § 1915(g). Plaintiff has been repeatedly advised of this in cases he filed in the Northern District, and it appears he has now turned to the Central District in hopes of a better outcome. *See, e.g., Jackson v. J.D. Wives et al.*, 07-1262 (N.D. Ill.)(summarily dismissing case because plaintiff failed to advise court of three strikes); *Jackson v. Jones*, 07-3828 (N.D. Ill.)(same); *Jackson v. Burnett*, 06-3175 (N.D. Ill)(same); *Jackson v. Burnett*, 06-3064 (N.D. Ill.)(same); *Jackson v. Nelson*, 06-2037 (N.D. Ill.)(same); *Jackson v. Steward*, 04-6597 (N.D. Ill)(dismissed for failing to disclose that plaintiff had struck out under name of "Richard Hatcher").

IT IS THEREFORE ORDERED:

1) All of the above cases are dismissed for Plaintiff's failure to disclose that he previously filed three cases that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim, and for failing to disclose that he has been repeatedly advised of this by the northern district.

2) Based on Plaintiff's petitions to proceed *in forma pauperis*, an initial filing fee of $5.20 is assessed in each of the above cases. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office.

3) Future civil actions filed by Plaintiff will be summarily dismissed unless Plaintiff has demonstrated that he has paid all outstanding filing fees in full. *Sloan v. Lesza*, 181 F.3d 857,

---

[1] The Court transferred one of the cases to the northern district before discovering that Plaintiff had struck out. *07-3180.*

1

859 (7th Cir. 1999).

Enter this __20th__ Day of __September__, 2007.

                                                      s\Harold A. Baker

                                        Harold A. Baker
                                        United States District Judge

2

AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Thursday, 20 September, 2007 10:45:01 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBERT JACKSON**

vs.                                    Case Number: **07-3248**

ROGER E. WALKER, ET AL.

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Harold A. Baker, this cause of action is dismissed because plaintiff failed to disclose that he previously filed three cases that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim, and for failing to disclose that he had been repeatedly advised of this by the Northern District. ------------------------------------------------

ENTER this 20th day of September

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY: DEPUTY CLERK

E-FILED
Thursday, 20 September, 2007 09:57:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON,

    Plaintiff,

vs.                                          07-3235
                                            07-3237
                                            07-3248

ROGER WALKER et al.,

<u>Order of Dismissal</u>

    Plaintiff, currently incarcerated at Cook County Jail, has filed four cases in the central district over the last two months without informing the Court that he has "struck out" under Prison Litigation Reform Act.[1] That is, he has filed at least three lawsuits while incarcerated that were dismissed as frivolous, malicious or for failure to state a claim. 28 U.S.C. § 1915(g). Plaintiff has been repeatedly advised of this in cases he filed in the Northern District, and it appears he has now turned to the Central District in hopes of a better outcome. *See, e.g., Jackson v. J.D. Wives et al.*, 07-1262 (N.D. Ill.)(summarily dismissing case because plaintiff failed to advise court of three strikes); *Jackson v. Jones*, 07-3828 (N.D. Ill.)(same); *Jackson v. Burnett*, 06-3175 (N.D. Ill)(same); *Jackson v. Burnett*, 06-3064 (N.D. Ill.)(same); *Jackson v. Nelson*, 06-2037 (N.D. Ill.)(same); *Jackson v. Steward*, 04-6597 (N.D. Ill)(dismissed for failing to disclose that plaintiff had struck out under name of "Richard Hatcher").

    IT IS THEREFORE ORDERED:

1)    All of the above cases are dismissed for Plaintiff's failure to disclose that he previously filed three cases that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim, and for failing to disclose that he has been repeatedly advised of this by the northern district.

2)    Based on Plaintiff's petitions to proceed *in forma pauperis*, an initial filing fee of $5.20 is assessed in each of the above cases. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office.

3)    Future civil actions filed by Plaintiff will be summarily dismissed unless Plaintiff has demonstrated that he has paid all outstanding filing fees in full. *Sloan v. Lesza*, 181 F.3d 857,

---

[1] The Court transferred one of the cases to the northern district before discovering that Plaintiff had struck out. *07-3180*.

1

859 (7th Cir. 1999).

Enter this  20th  Day of  September , 2007.

                                        **s\Harold A. Baker**
                                        Harold A. Baker
                                        United States District Judge

3:07-cv-03180-HAB-BGC   # 10   Page 1 of 2

E-FILED
Wednesday, 15 August, 2007 10:36:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT JACKSON,

    Plaintiff,

vs.

DEBRA JONES,
W. HAMPTON,
I. MANNING,
ROGER E. WALKER,
JESSE MONTGOMERY,
ASST WARDEN STATEVILLE,

    Defendants.

07-3180

*Same Case as 09CV-03239*
*Same Case as 09CV-03235*
*Same Case as 09CV-03248*
*Just Rearranged, Amended*

### Transfer Order

The plaintiff, currently incarcerated in Cook County Jail, Illinois, filed this action in the United States District Court for the Central District of Illinois.

28 U.S.C. § 1391(b) in relevant part provides that the plaintiff may bring his claim:

> . . . only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. § 1404(a) provides that a district court may transfer any civil action to any other district where it might have been brought, for the convenience of the parties or witnesses, and in the interests of justice.

The plaintiff and all of the defendants, except defendant Walker, are located in the venue of the Northern District of Illinois. Additionally, all the alleged events giving rise to Plaintiff's claims occurred in the Northern District of Illinois. The court accordingly finds that the Northern District is the appropriate forum for this case.

Before transfer the court will clean up the pending motions. The court notes that Plaintiff has filed motions to "amend" his complaint, in which he asks to terminate Debra Jones. (d/e's 5, 9).[1] Plaintiff's proposed "Amended Complaint" (d/e 9) seems to be only a request that Debra Jones be dismissed as a defendant. Accordingly, the "Amended Complaint" is construed as a motion to dismiss Debra Jones without prejudice. Plaintiff's request shall be granted and Debra Jones will be dismissed. Plaintiff has also filed a second motion for appointment of counsel, which will be denied with leave to renew for the reasons stated in the text order of July 27, 2007.

---

[1] Plaintiff's "Amended Complaint" (d/e 9) was docketed as a motion to file amended complaint.

1

   IT IS THEREFORE ORDERED that Plaintiff's motions to dismiss Debra Jones are granted (d/e's 5, 9). Debra Jones is dismissed without prejudice.

   IT IS FURTHER ORDERED that Plaintiff's second motion for appointment of counsel (d/e 6) is denied with leave to renew for the reasons stated in the text order of July 27, 2007.

   IT IS FURTHER ORDERED that this action is transferred to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) and the court's own motion. No summons shall issue in this action unless directed by the transferee court. The court leaves pending Plaintiff's petition to proceed *in forma pauperis* (d/e 2) for consideration by the transferee court.

   Enter this __15th__ Day of __August__, 2007.          s\Harold A. Baker

                                                          _____
                                                          Harold A. Baker
                                                          United States District Judge