## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of Illinois

*Docket No.:* 07-3180

*Division:* Springfield Division

### *Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)*

Robert Jackson   *v.*   Debra Jones, et al.

---

*Current Counsel for Plaintiff (Petitioner):*    *Current Counsel for Defendant (Respondent):*

*(Use separate sheet for additional counsel)*

*Name:* Robert Jackson  #20070004241          *Name:*

*Firm:*                                         *Firm:*

*Address:* Cook County Jail                     *Address:*
          PO Box 089002
          Chicago, IL 62608

*Phone:*                                        *Phone:*

---

*Judge:* Harold A. Baker              *Nature of Suit Code:* 550

*Court Reporter:* Toni Judd            *Date Filed in District Court:* 7/9/2007

*Date of Judgment:* 8/15/2007

*Date of Notice of Appeal:* 10/12/2007

*Counsel:* ___Appointed    ___Retained    ✘ Pro Se

*Fee Status:* ___Paid    ✘ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    ✘ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted, ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**