E-FILED
Friday, 19 October, 2007  02:47:31 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

FEE NOTICE and ORDER

Date: October 18, 2007
Re: Jackson, Robert v. Jones, Debra
    Appeal No.: 07-3528

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 3180, Harold A. Baker, Judge

To:     Robert Jackson
        COOK COUNTY JAIL
        #20070004241
        2700 S. California Avenue
        P.O. Box 089002
        Chicago, IL  60608


        Circuit Rule 3(b) empowers the clerk to dismiss an appeal
if the docket fee is not paid within fourteen (14) days of the
docketing of the appeal.  This appeal was docketed on 10/18/07.
The District Court has indicated that as of 10/12/07 the docket
fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $450.00 docketing fee PLUS the $5.00
      notice of appeal filing fee to the District Court Clerk,
      **if you have not already done so.**  The Court of Appeals
      cannot accept this fee.  You should keep a copy of the
      receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis
      with the District Court, along with a certified copy of your
      prison trust account statement for the 6 month period preceding
      the filing of the notice of appeal, **if you have not already
      done so.** An original and three copies of that motion, with
      proof of service on your opponent, is required.  This motion
      must be supported by a sworn affidavit in the form prescribed by
      Form 4 of the Appendix of Forms to the Federal Rules of Appellate
      Procedure (as amended 12/1/98), listing the assets and income
      of the appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is
      denied by the district court, you must either pay the
      required $450.00 docketing fee PLUS the $5.00 notice of
      appeal filing fee to the District Court Clerk, within 14
      days after service of notice of the action of the district
      court, or within 30 days of that date, renew your motion
      to proceed on appeal in forma pauperis with this court.
      If the motion is renewed in this court, it must comply with
      the terms of Fed. R. App. P. 24(a).  In addition, you must
      provide this court with a brief memorandum explaining why

you believe the district court's denial of leave to proceed on appeal in forma pauperis is erroneous. **NOTE:** The document should be titled "MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS" and must be filed within 30 days of service of the order of the district court.

Further, this appeal is subject to the Prison Litigation Reform Act. Accordingly,

**IT IS ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending the assessment and payment of any necessary fees. See Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997). The court will take no further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not related to appellant's fee status on appeal. Appellee is under no obligation either to file a brief or to respond to any such motion filed by appellant. Any motion not related to appellant's fee status will be deemed denied without further court action.

(1261-040500)