AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

ROBERT JACKSON ) Appeal from the United States District Court for the
) CENTRAL District of ILLINOIS
)
v.   Case No. 07-3528 ) District Court No. 07 C 3180
)
Debra Jones, et al ) District Court Judge HAROLD A. BAKER
)

FILED
NOV - 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Robert Jackson

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: Oct. 22, 07

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $00 | $00 | $00 | $00 |
| Self-employment | $00 | $00 | $00 | $00 |
| Income from real property (such as rental income) | $00 | $00 | $00 | $00 |
| Interest and dividends | $00 | $00 | $00 | $00 |
| Gifts | $00 | $00 | $00 | $00 |
| Alimony | $00 | $00 | $00 | $00 |
| Child support | $00 | $00 | $00 | $00 |
| Retirement (such as social security, pensions, annuities, insurance) | $00 | $00 | $00 | $00 |
| Disability (such as social security, insurance payments) | $00 | $00 | $00 | $00 |
| Unemployment payments | $00 | $00 | $00 | $00 |
| Public-assistance (such as welfare) | $00 | $00 | $00 | $00 |
| Other (specify): None | $00 | $00 | $00 | $00 |
| **Total monthly income:** | $00 | $00 | $00 | $00 |

U.S.C.A. – 7th Circuit
FILED
OCT 29 2007 DDS
GINO J. AGNELLO
CLERK

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Labor Ready | 3626 State, Indpls Ind | 1998-2002 | 5.50 per hr |
| Manpower | 1126 W. 26 St Indpls Ind | 1998-2002 | 6.00 pr hr |
| Kelly Temp Servce | 6241 College Ave Indpls Ind | 1998-2002 | 6.75 pr hr |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | — | — | — |
| None | — | — | — |
| None | — | — | — |

4. How much cash do you and your spouse have? $ None
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | — | — | — |
| None | — | — | — |
| None | — | — | — |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): None

Other real estate (Value): None

Motor Vehicle #1 (Value)
Make & year: None
Model:
Registration #

Motor Vehicle #2 (Value)
Make & year: None
Model: None
Registration # None

Other assets (Value): —

Other assets (Value): —

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | — | — |
| None | — | — |
| None | — | — |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| None | — | — |
| None | — | — |
| None | — | — |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? [ ] Yes [X] No <br> Is property insurance included? [ ] Yes [X] No | $ 00 | $ 00 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 00 | $ 00 |
| Home maintenance (repairs and upkeep) | $ 00 | $ 00 |
| Food | $ 00 | $ 00 |
| Clothing   Food Stamp I get, receive | $ 00 | $ 00 |
| Laundry and dry-cleaning | $ 00 | $ 00 |
| Medical and dental expenses | $ 00 | $ 00 |
| Transportation (not including motor vehicle expenses | $ 00 | $ 00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 00 | $ 00 |
| Insurance (not deducted from wages or included in mortgage payments) <br> Homeowner's or renter's | $ 00 | $ 00 |

3

| | | | |
|---|---|---|---|
| Life | Mother have Insurance on me. I dont | $ 00 | $ 00 |
| Health | | $ 00 | $ 00 |
| Motor vehicle | None | $ 00 | $ 00 |
| Other: | None | $ 00 | $ 00 |

Taxes (not deducted from wages or included in mortgage payments) (specify): $ 00  $ 00

Installment payments  $ 00  $ 00

| | | | |
|---|---|---|---|
| Motor Vehicle | None | $ 00 | $ 00 |
| Credit card (name): | None | $ 00 | $ 00 |
| Department store (name): | None | $ 00 | $ 00 |
| Other: | None | $ 00 | $ 00 |

Alimony, maintenance, and support paid to others  $ 00  $ 00

Regular expenses for operation of business, profession, or farm (attach detail)  $ 00  $ 00

Other (specify): None  $ 00  $ 00

Total monthly expenses:  $ 00  $ 00

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?** None I have None

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?** None

[ ] Yes [X] No  If yes, how much? $ No money

If yes, state the attorney's name, address, and telephone number:

None

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ __Have no money__

If yes, state the person's name, address, and telephone number:

__None__
__None__
__None__

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

In Jail, No Money, No Help, Apply for SSI

13. State the address of your legal residence.

__None__
__None__
__None__

Your daytime phone number: (___) __None__

Your age: __56__   Your years of schooling: __9 grade__

Your social-security number: __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__

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)    ☐ Yes    ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☐ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
Property: None
Current value: None
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __Sept 20, 07__    _____Robert Jackson_____
                              Signature of Applicant

                         _____ROBERT JACKSON_____
                              (Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Robert Jackson__, I.D.# __2007-0004241__, has the sum of $ __-0.15¢__ on account to his/her credit at (name of institution) __CCDOC__.

I further certify that the applicant has the following securities to his/her credit: __N/A__. I further certify that during the past six months the applicant's average monthly deposit was $ __17.50__.

(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

__09/20/07__              _____[signature]_____
   DATE                    SIGNATURE OF AUTHORIZED OFFICER

                         _____J. Morales_____
                              (Print name)

ARAMARK Inmate Information



**\*\*TRANSACTION REPORT\*\***
Print Date: 09/20/2007

Inmate Name: JACKSON, ROBERT     Balance:   -$0.15
Inmate Number: 20070004241
Inmate DOB: 4/26/1951

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 09/13/2007 | LAW LIBRARY | -0.70 | -0.15 |
| 09/11/2007 | ORDER DEBIT | -2.43 | 0.55 |
| 09/10/2007 | RETURN CREDIT | 0.97 | 2.98 |
| 09/04/2007 | ORDER DEBIT | -18.01 | 2.01 |
| 09/04/2007 | CREDIT | 20.00 | 20.02 |
| 08/22/2007 | ORDER DEBIT | -0.49 | 0.02 |
| 08/09/2007 | ORDER DEBIT | -19.95 | 0.51 |
| 08/07/2007 | CREDIT | 20.00 | 20.46 |
| 08/02/2007 | ORDER DEBIT | -8.20 | 0.46 |
| 07/24/2007 | PAYROLL | 8.00 | 8.66 |
| 07/19/2007 | ORDER DEBIT | -9.35 | 0.66 |
| 07/17/2007 | PAYROLL | 10.00 | 10.01 |
| 07/12/2007 | ORDER DEBIT | -12.98 | 0.01 |
| 07/10/2007 | LAW LIBRARY | -7.05 | 12.99 |
| 07/09/2007 | RETURN CREDIT | 0.03 | 20.04 |
| 07/03/2007 | CREDIT | 20.00 | 20.01 |
| 07/03/2007 | ORDER DEBIT | -0.03 | 0.01 |
| 06/21/2007 | ORDER DEBIT | -0.09 | 0.04 |
| 06/16/2007 | RETURN CREDIT | 0.12 | 0.13 |
| 06/14/2007 | ORDER DEBIT | -0.12 | 0.01 |
| 06/07/2007 | ORDER DEBIT | -23.08 | 0.13 |
| 06/04/2007 | RETURN CREDIT | 23.08 | 23.21 |
| 05/31/2007 | ORDER DEBIT | -1.90 | 0.13 |
| 05/23/2007 | ORDER DEBIT | -23.08 | 2.03 |
| 05/18/2007 | CREDIT | 25.00 | 25.11 |
| 05/16/2007 | ORDER DEBIT | -0.40 | 0.11 |
| 05/02/2007 | ORDER DEBIT | -2.55 | 0.51 |
| 04/25/2007 | ORDER DEBIT | -16.95 | 3.06 |
| 04/24/2007 | CREDIT | 20.00 | 20.01 |
| 04/18/2007 | ORDER DEBIT | -0.15 | 0.01 |

| Date | Type | Amount | Balance |
|---|---|---:|---:|
| 04/11/2007 | ORDER DEBIT | -0.43 | 0.16 |
| 04/04/2007 | ORDER DEBIT | -9.59 | 0.59 |
| 03/28/2007 | ORDER DEBIT | -39.82 | 10.18 |
| 03/22/2007 | CREDIT | 20.00 | 50.00 |
| 03/22/2007 | CREDIT (CANCELLED) | 20.20 | 30.00 |
| 03/22/2007 | CREDIT | 30.00 | 30.00 |
| 02/21/2007 | ORDER DEBIT | -0.06 | 0.00 |
| 02/07/2007 | ORDER DEBIT | -1.77 | 0.06 |
| 01/31/2007 | ORDER DEBIT | -23.23 | 1.83 |
| 01/24/2007 | CREDIT | 25.00 | 25.06 |
| 01/24/2007 | ORDER DEBIT | -9.94 | 0.06 |
| 01/17/2007 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved