# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

FILED  
JAN 2 2 2008  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

DATE:   January 18, 2008

TO:     Pamela E. Robinson  
        United States District Court  
        Central District of Illinois  
        151 U.S. Courthouse  
        600 E. Monroe Street  
        U.S. Courthouse & Federal Building  
        Springfield, IL  62701  
        USA

FROM:   Clerk of the Court

RE:     07-3494  
        Jackson, Robert v. Jones, Debra  
        07 C 3180, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____     _____  
(1202-052495)                              Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date: January 18, 2008

By the Court:

No. 07-3494

ROBERT JACKSON,
    Plaintiff - Appellant

v.

DEBRA JONES, W. HAMPTON, I. MANNING, et al.,
    Defendants - Appellees

**FILED**

JAN 22 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 3180, Harold A. Baker, Judge

    The pro se appellant was **DENIED** leave to proceed on appeal in forma pauperis by the district court on 12/07/07. The pro se appellant has neither paid the $455 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the appellate court as prescribed in Fed. R. App. P. 24(a). Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

(1241-PLRA(g)-110597)